DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**M.R.,** the mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and **STATEWIDE GUARDIAN AD LITEM.**
Appellees.

No. 4D23-359

[June 12, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Yael Gamm, Judge; L.T. Case No. 2018-1207 CJ-DP.

Antony P. Ryan, Director, and Paul O'Neil, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

Carolyn Schwarz of Children's Legal Services, Fort Lauderdale, for appellee Department of Children and Families.

Krystle Celine Cacci, Senior Attorney, and Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee, for appellee Statewide Guardian ad Litem, on behalf of E.A and C.A.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ., JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***